IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID YOUNT**                                                                                           **PLAINTIFF**

v.                                              **CASE NO. 4:24-CV-00394-BSM**

**ITX LOGISTICS, INC. and**
**LAURIER GUILBEAULT**                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE